IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03597-TPO

MAYLEN GEHRET,

    Plaintiff,

v.

ALON ALEXANDER and
OREN ALEXANDER,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 2, 2025.**

    The above captioned case has been directly assigned to Magistrate Judge O'Hara pursuant to D.C.COLO.LCivR 40.1. The Parties shall complete and file the Magistrate Judge Consent Form [ECF 3] on or before **April 3, 2025.**

    The Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on **April 17, 2025, at 1:30 p.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This will be an **in-person** proceeding. As the Defendants have not yet been served and have yet to appear in this matter, Plaintiff shall notify Defendants of the Scheduling Conference.

    The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) as soon as practicable.

    The Parties shall jointly prepare a Proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov. *See also* Instructions for Preparation of Scheduling Order (preceding the Scheduling Order template form) and Section IV of the Uniform Civil Practice Standards of the United States Magistrate Judges D.C.COLO.MJ (providing instructions regarding the Rule 26(f) conference, the deadline for exchanging Rule 26(a)(1) Initial Disclosures, and the preparation of the proposed Scheduling Order).

    This Court reminds the Parties of the option to begin discovery before the Scheduling Conference, as permitted by Fed. R. Civ. P. 26(d).

    **No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) **jointly email a Word copy of the**

proposed Scheduling Order, copying all Parties, to Chambers at *o'hara_chambers@cod.uscourts.gov*.

Because this Court's federal subject matter jurisdiction over this case is based on diversity of citizenship under 28 U.S.C. § 1332(a), **all Parties must file a citizenship disclosure statement in compliance with Fed. R. Civ. P. 7.1.** Each party shall make its Rule 7.1 disclosure by the above deadline for filing the Proposed Scheduling Order.

"Citizenship", for 28 U.S.C. § 1332(a), is distinguishable from residency. An individual must disclose the state in which he or she is domiciled in accordance with relevant case law. *See Middleton v. Stephenson*, 749 F.3d 1197, 1200 (10th Cir. 2014).

Should a discovery dispute arise, the Parties shall follow the procedure set out at D.C.COLO.MJ § VI. Rather than file a motion, the Parties first shall meaningfully confer on the matter. If the Parties are unable to resolve the dispute on their own, the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file a motion. As permitted by D.C.COLO.MJ § VI, a motion may be filed without the prerequisite discovery conference for matters concerning third parties.