# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03597-TPO

MAYLEN GEHRET,

      Plaintiff,

v.

ALON ALEXANDER and
OREN ALEXANDER

      Defendants.

---

## ENTRY OF APPERANCE BY ATTORNEY JULIA T. THOMPSON FOR PLAINTIFF MAYLEN GEHRET

---

Attorney Julia T. Thompson of Leventhal Puga Braley P.C. enters her appearance on behalf of Plaintiff Maylen Gehret**.**

Respectfully submitted this 27 day of February, 2025.

                LEVENTHAL PUGA BRALEY P.C.

                By:    */s/ Julia T. Thompson*
                        Jim Leventhal, #5815
                        Julia T. Thompson, #25897
                        Leventhal Puga Braley P.C.
                        950 South Cherry Street, Suite 600
                        Denver, Colorado 80246
                        Telephone:  (303) 759-9945
                        Facsimile:  (720) 773-8581
                        *Attorneys for Plaintiff*