IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 24-cv-03597-TPO　　　　　　　　　　　Date: June 25, 2025
Courtroom Deputy: Jesse Torres　　　　　　　　　　FTR – Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| MAYLEN GEHRET, | Julia Thompson |
|  | James Leventhal |
| Plaintiff, |  |
| v. |  |
| ALON ALEXANDER and | Jacob McMahon |
| OREN ALEXANDER, | Laura Menninger |
| Defendants. |  |

# COURTROOM MINUTES

**MOTION HEARING**

**Court in session: 11:35 a.m.**

Court calls case. Appearances of counsel.

This matter is before the court regarding Defendants' "Motion to Stay the Proceedings and for a 21-Day Extension of Time to Respond to the Complaint After Expiration or Denial of Any Stay" [ECF 23].

Preliminary remarks by the Court.

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**　　　　For good cause shown, Defendants' "Motion to Stay the Proceedings and for a 21-Day Extension of Time to Respond to the Complaint After Expiration or Denial of Any Stay" [ECF 23] is **GRANTED IN PART AND DENIED IN PART.** The Motion is **granted** to the extent it seeks a stay of the discovery process (both oral and written). Accordingly, all discovery-related deadlines are hereby **STAYED** in this case until further

Order of the Court and the Parties are not obligated to participate in discovery at this time. Defendants' Motion is **denied** as it relates to the filing of a Motion to Dismiss. Defendants shall file any motion to dismiss on or before **September 24, 2025,** as stated on the record. Defendants shall not be required to file an answer to Plaintiff's Complaint [ECF 1] until further Order of the Court. Defendants' Motion to Stay [ECF 23] is **denied as moot** as to all other relief sought.

On or before **October 30, 2025,** the Parties shall file a joint status report providing an update on the status of the related criminal action in the Southern District of New York, as discussed on the record.

HEARING CONCLUDED.

**Court in recess: 12:21 p.m.**
Total time in court: 00:56

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.