IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03597-TPO

MAYLEN GEHRET,

    Plaintiff,

v.

ALON ALEXANDER and
OREN ALEXANDER

    Defendants.

---

## JOINT STATUS REPORT

The parties, through their undersigned attorneys, submit the following Joint Status Report, as required by the Court's June 25, 2025, Order [ECF 33]:

**Status of This Case**

1. Plaintiff filed this case on December 30, 2024. [ECF 1.]

2. After the Court granted Plaintiff additional time to effectuate service [ECF 9, 13, 20], Plaintiff filed certificates of service on May 14, 2025 [ECF 20-21].

3. On May 16, 2025, Defendants filed a Motion to Stay the Proceedings and for a 21-day Extension of Time to Respond to the Complaint After Expiration or Denial of Any Stay. [ECF 23.] The basis for the request was Defendants' pending federal criminal matter in New York, *USA v. Alon Alexander, et al.*, 1:24-cr-00676-VEC (S.D.N.Y.). [*Id.* at 1.]

4. Plaintiff responded to the Motion [ECF 25], and Defendants replied [ECF 26].

5. The parties subsequently consented to magistrate jurisdiction [ECF 27], and Chief

Judge Brimmer assigned this case to Magistrate Judge O'Hara [ECF 30].

6. On June 24, 2025, the Court converted the planned scheduling conference to an in-person hearing on Defendants' Motion. [ECF 31.]

7. At the June 25, 2025, hearing, the Court granted in part and denied in part Defendants' Motion. [ECF 33.] The Court granted the Motion "to the extent it seeks a stay of the discovery process (both oral and written)." [*Id.* at 1.] Thus, all discovery-related deadlines are stayed until further order of the Court. [*Id.* at 1-2.] Similarly, Defendants are not required to answer the complaint until further order of the Court. [*Id.*]

8. The Court denied the Motion "as it relates to the filing of a Motion to Dismiss. Defendants shall file any motion to dismiss on or before September 24, 2025[.]" [*Id.* at 2.] Defendants did not file a motion to dismiss.

9. The Court further ordered that, on or before October 30, 2025, the parties file a joint status report "providing an update on the status of the related criminal action in the Southern District of New York[.]" [*Id.*]

**Status of the New York Criminal Case**

10. On February 7, 2025, the federal court in New York ordered trial to begin on January 5, 2026. *See USA v. Alon Alexander, et al.*, 1:24-cr-00676-VEC (S.D.N.Y.) [ECF 53].

11. The court has recently rescheduled various pre-trial deadlines [*see, e.g.*, ECF 163, 165], but the criminal trial remains set to begin on January 5, 2026.

Respectfully submitted this 30th day of October, 2025.

| | |
|---|---|
| LEVENTHAL PUGA BRALEY P.C. | HADDON, MORGAN AND FOREMAN, P.C. |
| */s/ Julia T. Thompson* | */s/ Jacob McMahon* |
| Jim Leventhal, #5815 | Jeffrey S. Pagliuca, #12462 |
| Julia T. Thompson, #25897 | Laura A. Menninger, #34444 |
| 950 South Cherry Street, Suite 600 | Jacob McMahon, #48784 |
| Denver, Colorado 80246 | 945 N. Pennsylvania Street |
| Telephone: (303) 759-9945 | Denver, CO 80203 |
| Facsimile: (720) 773-8581 | Tel: 303.831.7364 |
| jim@leventhal-law.com | Fax: 303.832.2628 |
| jthompson@leventhal-law.com | jpagliuca@hmflaw.com |
| | lmenninger@hmflaw.com |
| *Attorneys for Plaintiff* | jmcmahon@hmflaw.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing *Joint Status Report* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                           *s/ Holly Rogers*