IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03597-TPO

MAYLEN GEHRET,

    Plaintiff,

v.

ALON ALEXANDER and
OREN ALEXANDER

    Defendants.

## SECOND JOINT STATUS REPORT

The parties, through their undersigned attorneys, submit the following Second Joint Status Report, as required by the Court's January 29, 2026, Minute Order [ECF 35] to update the Court on the status of *United States* v. *Alon Alexander, et al.*, 1:24-cr-00676-VEC (S.D.N.Y.), which matter led this Court to stay this proceeding.

1. As of the parties' last status report, filed October 30, 2025 [ECF 34], trial in the New York criminal case was set to begin on January 5, 2026.

2. On December 9, 2025, the court adjourned the start of trial from January 5th to January 20th, 2026. [NY ECF 241.]

3. Jury selection began on January 20th and was completed on January 23rd, 2026. [*See* Unnumbered minute entries following NY ECF 345, 350, 354, and 358.]

4. Trial was held on January 27, 28, 29, and February 2 and 3. [*See* Unnumbered minute entries following NY ECF 366, 368, 369, 374.]

5. Plaintiff received a January 31, 2026, subpoena to testify in the New York criminal case on February 4, 2026, and to bring various documents. [*See* Ex. A to NY ECF 384.]

6. On February 4, 2026, the court quashed the subpoena duces tecum. [NY ECF 386.]

7. Due to the litigation regarding the Defendants' trial subpoena of Plaintiff, at this time, it is unknown whether and/or when Plaintiff will testify in the criminal manner.

8. Because the New York criminal trial is ongoing, this Court should maintain its stay in this case.

9. Per this Court's order [ECF 35], the parties will provide another status report in 30 days, on March 8, 2026.

Respectfully submitted this 6th day of February, 2026.

| LEVENTHAL PUGA BRALEY, P.C. | HADDON, MORGAN AND FOREMAN, P.C. |
|---|---|
| *s/ Julia T. Thompson* | *s/ Jacob McMahon* |
| Jim Leventhal, #5815 | Jeffrey S. Pagliuca, #12462 |
| Julia T. Thompson, #25897 | Laura A. Menninger, #34444 |
| 950 South Cherry Street, Suite 600 | Jacob McMahon, #48784 |
| Denver, Colorado 80246 | 945 N. Pennsylvania Street |
| Telephone: (303) 759-9945 | Denver, CO 80203 |
| Facsimile: (720) 773-8581 | Tel: 303.831.7364 |
| jim@leventhal-law.com | Fax: 303.832.2628 |
| jthompson@leventhal-law.com | jpagliuca@hmflaw.com |
|  | lmenninger@hmflaw.com |
| ***Attorneys for Plaintiff*** | jmcmahon@hmflaw.com |
|  | ***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing *Second Joint Status Report* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

    *s/ Holly Rogers*